AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania ☑

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Josiah Peek | ) Case No. 1:25-MJ- 0075 |
| | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _7/13/24 and 11/20/25_ in the county of _York_ in the

_Middle_ District of _Pennsylvania_ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251, 2422(b), and 1519 | Attempted Production of Child Pornography; Attempted Coercion and Enticement of a Minor; and, Destruction of Evidence in a Federal Investigation |

This criminal complaint is based on these facts:

I, Alyssa Alliger, a Special Agent with the Federal Bureau of Investigation, having been duly sworn, depose and state the following:

☑ Continued on the attached sheet.

_Complainant's signature_

Alyssa Alliger, FBI SA

_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _NOVEMBER 20, 2025_

_Judge's signature_

City and state: _Harrisburg, Pennsylvania_       Daryl F. Bloom, Chief U.S. Magistrate Judge

_Printed name and title_

## CONTINUATION PAGES FOR AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the Capital Area Resident Agency office located in York, Pennsylvania. I have been employed as a Special Agent with the FBI since 2021. While employed by FBI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography.  I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256(8) and used interchangeably with the term "child sexual abuse material" or "CSAM") in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 1951, 2251, 2252, and 2252A, and I am authorized by law to request a search warrant.

2.      The averments in this affidavit are based on, among other things: my training and experience; my personal knowledge; my interview of the target; my review of documents, files, and records; public records; and conversations with other law enforcement agents and officers.

3.      This affidavit is intended to show only that there is sufficient probable cause for a criminal complaint against and arrest warrant for Josiah PEEK, for violations of 18 U.S.C. §§ 2251 (Attempted Production of Child Pornography), 2422 (Attempted Coercion and Enticement of a Minor), § 1519 (Destruction of Evidence in a Federal Investigation). I do not attempt to set forth all details or facts surrounding the investigation.

## PROBABLE CAUSE

4.      On or about July 15, 2024, Detective Christopher Whitehead, Columbus Police Department, in Columbus, Georgia, received information from H.S. in reference to her daughter, "Minor Victim 1" ("MV1"), age 13.

2

5.     H.S. claimed that she observed on MV1's cell phone a conversation between MV1 and an unknown subject identified as "Omar," as well as a nude video and a nude photo that MV1 had sent to "Omar."

6.     On or about July 16, 2024, MV1 was forensically interviewed. According to MV1, she met "Omar" on Snapchat and they began text messaging. "Omar" told MV1 that he was 14 years old. And MV1 told "Omar" that she was 13 years old.

7.     MV1 felt that "Omar" had manipulated her into sending nude pictures and videos. MV1 disclosed that she sent "Omar" videos of her digitally penetrating her vagina. MV1 got "fed up" and attempted to block "Omar"; however, he began messaging MV1 through different numbers and tried to "blackmail" her. MV1 further explained that if she did not continue to send "Omar" videos, he threatened to "leak" everything because he had her pictures and videos saved.

8.    Detective Whitehead observed in a cell-phone extraction of MV1's cell phone multiple telephone numbers attributed to "Omar" that had contacted MV1, including (717) 680-7194, (701) 587-7976, and (702) 552-2934. Indeed, in messages with MV1 from those numbers, the user identified their self as "Omar."

9.    Detective Whitehead determined that the provider for (701) 587-7976 and (702) 552-2934 was TextNow, Inc. ("TextNow").

10.    TextNow is a voice over Internet Protocol service that allows its users to text and call any number in Canada and the United States. TextNow provided users with a 10-digit phone number that can be used on a smartphone, tablet, or desktop computer with an internet connection. Users can also be logged in to the same account on multiple devices at the same time.

11.    On or about October 8, 2024, TextNow responded to a search warrant for information relating to (701) 587-7976 and (702) 552-2934. Responsive information from TextNow revealed that (701) 587-7976 was associated with 22winnyy@gmail.com and the name Josiah Peek. The responsive information also indicated that (702) 552-2934 was associated with 22peekjj@gmail.com.

12.    I reviewed messages from MV1's cell-phone export between MVI and "Omar," using telephone number (717) 680-7194 – the first phone number from which "Omar" contacted MV1.

13.    Messages from a conversation on or about July 13, 2024, included the following:

**Omar:**    I'm gettin close to the nut fr

**MV1:**    That didn't last long

**Omar:**    It's been 40 minutes lol

**MV1:**    seen better

**Omar:**    of me just imagining by myself fr cuz the pictures come in slow

**MV1:**    [Sent Image]

send dick vid

**Omar:**    see that's hot but it's just normal yk

I alr eady did send a vid

i ain't get no crazy vid from you yet

**MV1:**    another

**Omar:**    mine was crazy tho

**MV1:**    bet

[Sent Video]

               [Sent Video]

               [Sent Video]

               how many times you gonna rewatch it

**Omar:**    that video of her licking that gotta be longer

               [Sent Emoji]

               that shi was crazy

**MV1:**    [Sent Image]

**Omar:**    Cute

               breastfeeding fr

               [Sent Emoji]

**MV1:**    [Sent Video]

**Omar:**    she just want some milk stop holding her back

**MV1:**    [Sent Audio]

**Omar:**    exactly

               she want mommy milk rn

**MV1:**    [Sent Audio]

**Omar:**    eh I mean I'm seein shi so

               mommy milk doesn't start producing without this semen

**MV1:**    [Sent Audio]

**Omar**:    What is crazy

I can't cum without nun crazy goin on tf

Ain't shy bout it

**MV1**:    [Sent Audio]

**Omar**:    just gotta get me to that point

I have been strokin ya'll just keep playin with me

**MV1**:    [Sent Image]

**Omar**:    You want another one?

ight

[Sent Image]

[Sent Image]

never said you wanted me to cum yet?

wtf

**MV1**:    then fucking do it pussy

**Omar**:    give me a reason to then

goddamn

**MV1**:    [Sent Audio]

**Omar**:    I don't cum easy

needa send sum good and long

**MV1:**     [Sent Image]

**Omar:**     that's not helping

if you really tryn see that

**MV1:**     [Sent Image]

**Omar:**     i'm seeing less then before

**MV1:**     [Sent Image]

[Sent Audio Files]

**Omar:**     you either wanna see it or not

i'm not seeing nun else?

**MV1:**     [Sent Audio and Image]

**Omar:**     sorry that you've seen only overaged dudes penises

i am gonna leak all the old videos and new ones though

I hope your "girlfriend" enjoys that
hm?

everyone in your school seeing that would be crazyyyy

**MV1:**     [Sent Audio]

**Omar:**     your parents too?

**MV1:**     done

**Omar:**    so you gonna give me what I want now?

**MV1:**    my friend is asleep

just let us sleep for now please

**Omar:**    just you and me then

?

you not doing too good at listening so fat

far*

you can sleep soon

**MV1:**    Fine!!

**Omar:**    you can make some vids for me?

**MV1:**    [Sent Image]

please just stop... I'm tired

**Omar:**    take em off mommy

I ain't even get nothing yet"

kinda how I felt when you played games with our
relationship

**MV1:**    I was doing on purpose!!

I was getting bullied and I left worthless
and useless

**Omar:**    lies

9

you was usin me hard

you wanted dick for that one night

all you wanted outta me

**MV1:**   I'll be your girlfriend

And I'll do anything you want just don't make me do this

**Omar:**   I want you to do what I'm asking for

just like day one

I'm kind of getting tired of asking too

you should just be doing

hello

i'm gettin really close to just exposin that shi

What you want to happen?

**MV1:**   Call me

**Omar:**   Trippin

you listen to me

**MV1:**   call

**Omar:**   Not the other way around

**MV1:**   wya

**Omar:**   I'm in New York why?

**MV1:**    call

**Omar:**    you gonna start listenin?

**MV1:**    call

**Omar:**    I ain't callin

**MV1:**    call

**Omar:**    you twakin out

[Sent Attachment]

that would suck if it would leak

huh?

imagine everyone in school watching that

hello

want your parents and classmates watchin that?

**MV1:**    whats your name

**Omar:**    you should know my name if you paid attention

send a pic and I'll leave you alone for tn

nah you know what

you obviously snitching rn

so them bitches bein posted

**MV1:**    posted where

11

| | |
|---|---|
| **Omar**: | why you snitching? |
| **MV1**: | posted where |
| **Omar**: | tell me why you snitching first |
| **MV1**: | where are you posting them |
| **Omar**: | they'll just be sent directly |
| **MV1**: | to where |
| **Omar**: | none of your business |
| | why you acting like a snitch now? |
| | after sending that stuff with your consent |
| | i thought you wanted to call? |
| | why you not answering |

14.    According to a report from the Columbus Police Department, "Omar" created two TextNow telephone numbers to contact MV1, after MV1 blocked (717) 680-7194. The following text conversation also occurred on or about July 13, 2024, between MV1 and "Omar," but with "Omar" using the TextNow telephone number (701) 587-7976:

| | |
|---|---|
| **Omar**: | Do that fucking shit one more time |
| | And it's all over |
| | One more fucking time I swear to god |

and you're both done

School is gonne be hell home is gonna be hell

ya'll want that?

Answer NOW

**MV1:**  what

**Omar:**  Nah

you know what's up

Bug out one more time I dare you to

**MV1:**  so if I act like your girl I'm safe?

**Omar:**  you gotta keep me unblocked nd you gotta listen

nd you good

both of you

cuz other girl in it too fr

**MV1:**  She doesn't care if you post those two photos of her

**Omar:**  you do realize I've saved literally everything right?

**MV1:**  what are you gonna leak it to

**Omar:**  you telling me she wouldn't care if everyone knew she was recording this?

and it'd be sent to locals of you two

I need it to do damage duh

13

> **MV1**:    you don't even know where I live tho
>
> **Omar**:    not a lot of cities in Georgia

15.   The text conversation continued on the same date, when "Omar" stated that he "wanted more action" from MV1. "Omar" then insisted that MV1 unblock his telephone number, (717) 680-7194.

16.   On or about November 14, 2025, I used a law enforcement database to search for (717) 680-7194 and determined that the phone number was associated with Josiah Peek at 2100 W Mason Avenue, Trailer 14, York, Pennsylvania.

17.   On or about September 5, 2025, J.B. made a police report at the Waxahachie Police Department regarding her daughter, MV2, age 10. According to J.B., MV2 was sending sexually explicit images to an unknown subject online. Barnes consented to the search of MV2's cell phone and advised that she deleted the sexually explicit images and videos of her daughter.

18.    Detective Austin Starkey manually reviewed MV2's cell phone and located a recently deleted video which depicted MV2 after she got out of the shower and began to dance to music. According to a report from the Waxahachie Police Department, MV2 set the phone on the ground facing the ceiling and her vagina was briefly visible to the camera.

19.    Detective Starkey also observed text message communications between MV2 and telephone number (201) 372-4958. In the communications, MV2 accused the subject user of posting nude images that she had sent them. The images, however, were not visible in this chat. But the subject user admitted receiving them.

20.    Through technical means available to law enforcement, Detective Starkey determined that (201) 372-4958 was maintained by TextNow.

21.    Detective Starkey served a subpoena on TextNow for subscriber information associated with (201) 372-4958. According to records provided by TextNow, the subscriber was Josiah Peek with email account 22peekjj@gmail.com.

22.    Detective Starkey obtained a search warrant for TextNow phone number (201) 372-4958. According to records provided by TextNow in response to the search warrant, it appeared that the user was engaging in similar conduct with a telephone number associated with another potential victim. To that end, according to Detective Starkey, the user appeared to threaten a female subject regarding images that she had sent and mentioned that the user had used the female's boyfriend to record three videos of himself in hopes that the TextNow user would cease.

23.    Detective Starkey also executed a search warrant on Google relating to information for 22peekjj@gmail.com. Through responsive records provided by Google, Detective Starkey identified two IP addresses from August 10, 2025, and September 11, 2025. Those dates corresponded with messages sent from (201) 372-4958 to MV2.

24.    Detective Starkey determined that Comcast was the service provider for those IP addresses. In turn, Detective Starkey served a subpoena on Comcast for subscriber information. According to records provided by Comcast on or about September 23, 2025, the subscriber was identified as Crystal Schrum at 2100 W Mason Ave, Lot 14, York, Pennsylvania.

25. Schrum is believed to be the mother of Josiah Peek.

26. Furthermore, I served a subpoena on Google for records associated with 22peekjj@gmail.com. The records revealed that the account subscriber was Josiah Peek, who used Schrum's phone number and Comcast email address.

27. Additionally, according to records from the Pennsylvania Department of Transportation, Josiah Peek's address is 2100 W Mason Ave, Trailer 14, York, Pennsylvania, and, according to law enforcement, has been for a couple years.

28. On November 19, 2025, Chief United States Magistrate Judge Daryl F. Bloom issued a search warrant for the residence associated with Peek to seize electronic devices.

29. In the early morning on November 20, 2025, the FBI executed the search warrant.

30. Initially, the FBI, using a loudspeaker / bullhorn, announced its presence and called the individuals, including Josiah PEEK, to come out of the residence. PEEK did not immediately come outside.

31.    Afterwards, PEEK's mother and sister informed the FBI that they saw PEEK using his cell phone the previous evening.  PEEK also told the FBI that he fell asleep with his cell phone the night before the search warrant was executed; however, law enforcement did not find the cell phone until after PEEK spoke with his mother.

32.    When the FBI found PEEK's cell phone, it was destroyed.  A photo of the destroyed phone follows:



33.    After the FBI found the phone, PEEK agreed to be interviewed.

34.    After being provided *Miranda* warnings, PEEK informed me that his alias was "Omar," he used (717) 680-7194, and he used TextNow.

### REQUEST

35.    Based on the above factual averments, probable cause exists that Josiah PEEK has violated 18 U.S.C. §§ 2251 (Attempted Production of Child Pornography), 2422 (Attempted Coercion and Enticement of a Minor), § 1519 (Destruction of Evidence in a Federal Investigation).

36.    I therefore apply for a criminal complaint against, and an arrest warrant for, Josiah PEEK.

37.    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.