AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Josiah Peek<br><br>*Defendant* | )<br>)<br>) Case No. 1:25-MJ-0075<br>)<br>)<br>)<br>) |

## ARREST WARRANT

FILED
HARRISBURG, PA
NOV 26 2025
PER _____ DEPUTY CLERK

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Josiah Peek

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2251 (Attempted Production of Child Pornography); 18 U.S.C. § 2422 (Attempted Coercion and Enticement of a Minor); and, 18 U.S.C. § 1519 (Destruction of Evidence in a Federal Investigation)

REC'D USMS M/PA HBG
'25 NOV 20 15:35

Date: NOVEMBER 20, 2025

*Issuing officer's signature*

City and state: Harrisburg, Pennsylvania

Daryl F. Bloom, Chief U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/20/25, and the person was arrested on *(date)* 11/20/2025
at *(city and state)* York, PA

Date: 11/21/2025

*Arresting officer's signature*

Alyssa Auger, FBI SA
*Printed name and title*