## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | NO. 1:25-CR-302 |
| v. : | |
| JOSIAH PEEK, : | (Judge Neary) |
| Defendant. : | |

### INDICTMENT

**THE GRAND JURY CHARGES:**

FILED
HARRISBURG, PA

DEC 03 2025

PER _____
DEPUTY CLERK

### COUNT 1
18 U.S.C. §§ 2251(a), (e)
(Attempted Production of Child Pornography)

On or about July 13, 2024, in York County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the defendant,

### JOSIAH PEEK,

attempted to employ, use, persuade, induce, entice, and coerce a person who had not attained the age of 18 years, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 2</u>
18 U.S.C. § 2422(b)
(Attempted Coercion and Enticement of Minor)

On or about July 13, 2024, in York County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**JOSIAH PEEK,**

attempted to use a facility and means of interstate and foreign commerce to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in a sexual activity for which a person can be charged with a criminal offense, to wit, production of child pornography, in violation of Title 18, United States Code, Section 2251(a).

All in violation of Title 18, United States Code, Sections 2422(b) and 2427.

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
18 U.S.C. § 1519
(Destruction of Evidence in a Federal Investigation)

On or about November 20, 2025, in York County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**JOSIAH PEEK,**

knowingly destroyed and mutilated a record and tangible object, to wit, a cellular phone and its contents, with the intent to impede, obstruct, and influence an investigation that the defendant knew and contemplated was within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States.

All in violation of Title 18, United States Code, Section 1519.

FOREPERSON

BRIAN D. MILLER
United States Attorney

K. WESLEY MISHOE                           Date  12/3/25
Assistant United States Attorney