# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:25-CR-00302-01 |
| v. | : | |
| JOSIAH PEEK, | : | FILED<br>HARRISBURG, PA<br>DEC 04 2025 |
| Defendant | : | PER ___KJW___<br>DEPUTY CLERK |

## PLEA

AND NOW, this __4th__ day of __December__, 2025, the within named defendant, hereby enters a plea of __NOT GUILTY__ to the within Indictment.

_____
(Defendant's Signature)

_____
(Defense Counsel)